MOED-0001                    DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Yield Nation, LLC & ) 
Benjamin Buckwalter )
)
    Plaintiff(s), )
)
    vs. )   Case No.
)
Adam Clark & Amanda Clark )
& )
Kevin Schwers & Amelia Schwers )
    Defendant(s). )

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Plaintiffs__ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
    
        not applicable

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
    
        not applicable

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
    
        not applicable

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

    Benjamin Buckwalter, Missouri

_[signature]_ 35384/MO

Signature (Counsel for Plaintiff/Defendant)
Print Name: Andrew H. Koor
Address: 755 West Terra Lane
City/State/Zip: O'Fallon, MO 63366
Phone: 636-240-7644

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: __May__, 20__20__.

_[signature]_

Signature