UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YIELD NATION, LLC, and<br>BENJAMIN BUCKWALTER,<br><br>      Plaintiffs,<br><br>v.<br><br>ADAM CLARK, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 4:20-cv-00690-JAR<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order.  (Doc. No. 1).
The Court recognizes that Plaintiffs have requested a hearing date of June 4, 2020.  (Doc. No. 9).
On the Court's own motion, the hearing will be continued to June 11, 2020.

**IT IS HEREBY ORDERED** that the Court will hold a hearing on Plaintiffs' motion for a
temporary restraining order via telephone conference on **Thursday, June 11, 2020 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that Counsel and participants are directed to call the
conference toll free at **1-877-810-9415**. **The access code to enter the telephone conference for all
participants is: 7519116**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file proof and manner of notice to the
named Defendants prior to the hearing.

   Dated this 2nd day of June, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE