UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YIELD NATION, LLC and<br>BENJAMIN BUCKWALTER,<br><br>          Plaintiffs,<br><br>vs.<br><br>ADAM CLARK, etal<br><br>          Defendants. | No. 4:20-cv-00690-JAR |

**PLAINTIFFS' CERTIFICATE OF SERVICE TO DEFENDANTS, KEVIN SCHWERS & AMELIA SCHWERS, OF ORDER SETTING TELECONFERENCE ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

The undersigned certifies that he provided to Defendants, Kevin Schwers and Amelia Schwers, a copy of the Order entered by this Court dated June 2, 2020 setting Plaintiffs' Motion for Temporary Restraining Order for teleconference on **June 11, 2020 at 2:30 p.m.** and further states that this was provided to Defendants, Kevin Schwers and Amelia Schwers, by electronic mail and via USPS, along with a copy of this Certificate of Service this 5th day of June, 2020.

_____
SUDDARTH & KOOR, L.L.C.
ANDREW H. KOOR, #35384MO
Attorney for Plaintiffs
755 West Terra Lane
O'Fallon, MO 63366
(636) 240-7644
(636) 240-4644-facsimile
akoor@suddarthandkoor.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YIELD NATION, LLC, and<br>BENJAMIN BUCKWALTER,<br><br>    Plaintiffs,<br><br>v.<br><br>ADAM CLARK, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 4:20-cv-00690-JAR<br>)<br>)<br>)<br>) |

### ORDER

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order. (Doc. No. 1). The Court recognizes that Plaintiffs have requested a hearing date of June 4, 2020. (Doc. No. 9). On the Court's own motion, the hearing will be continued to June 11, 2020.

**IT IS HEREBY ORDERED** that the Court will hold a hearing on Plaintiffs' motion for a temporary restraining order via telephone conference on **Thursday, June 11, 2020 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that Counsel and participants are directed to call the conference toll free at **1-877-810-9415**. **The access code to enter the telephone conference for all participants is: 7519116**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file proof and manner of notice to the named Defendants prior to the hearing.

Dated this 2nd day of June, 2020.

*[signature: John A. Ross]*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

# lcaulfield@suddarthandkoor.com

| | |
|---|---|
| From: | lcaulfield@suddarthandkoor.com |
| Sent: | Friday, June 5, 2020 2:45 PM |
| To: | 'kschwers@me.com' |
| Subject: | Yield Nation, LLC v. Clark & Schwers |
| Attachments: | COS.Notice.Schwers.pdf |
| Importance: | High |

TO:  Kevin Schwers & Amelia Schwers

Attached to this email please find the Order entered by the United States District Court, Eastern District of Missouri, setting Plaintiffs Motion for Temporary Restraining Order for teleconference on **June 11, 2020 at 2:30 p.m.**

Linda Caulfield
Office Manager
Suddarth & Koor, L.L.C.
Attorneys at Law
755 West Terra Lane
O'Fallon, MO  63366
(636) 240-7644
(636) 240-4644 – facsimile

This message was sent by Suddarth & Koor, L.L.C., Attorneys at Law.  The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (636) 240-7644 and destroy all copies this communication and any attachments.

NOTE:  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computes it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through.  **I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind or want future communications to be sent in a different fashion, please let me know AT ONCE.**