UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| YIELD NATION, LLC and<br>BENJAMIN BUCKWALTER,<br><br>      Plaintiffs,<br><br>vs.<br><br>ADAM CLARK, etal<br><br>      Defendants. | No. 4:20-cv-00690-JAR |

## DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiffs and dismisses their cause of action against Defendants, Adam Clark, Amanda Clark, Kevin Schwers and Amelia Schwers in the above-referenced cause of action without prejudice at Plaintiff's costs.

_____
SUDDARTH & KOOR, L.L.C.
ANDREW H. KOOR, #35384MO
Attorney for Plaintiffs
755 West Terra Lane
O'Fallon, MO 63366
(636) 240-7644
(636) 240-4644-facsimile
akoor@suddarthandkoor.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was sent via the court's electronic filing system this 10 day of June, 2020 to: Matthew K. Crane, Attorney for Defendants, 7733 Forsyth Blvd., Ste. 1900, St. Louis, MO 63105.

_____